**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6988**

KALVIN MARSHALL,

             Plaintiff - Appellant,

        v.

ROBERT E. PAYNE, Judge; HENRY E. HUDSON, Judge,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Senior District Judge.  (3:13-cv-00286-JRS)

Submitted:  October 15, 2015          Decided:  October 20, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kalvin Marshall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kalvin Marshall appeals the district court's orders denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Marshall v. Payne, No. 3:13-cv-00286-JRS (E.D. Va. Apr. 3, 2015; June 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED